**No. 11-5848. Larry Green, Petitioner v. United States.**

565 U.S. 923, 132 S. Ct. 351, 181 L. Ed. 2d 221, 2011 U.S. LEXIS 6884.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 423 Fed. Appx. 520.